```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD C. ACKOUREY, JR.        :        CIVIL ACTION
                                :
         v.                     :
                                :
LA RUKICO CUSTOM TAILOR, et al. :        NO. 11-2401
```

ORDER

AND NOW, this 15th day of July, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

   (1) the motion of defendants La Rukico Custom Tailor and Kamal Ramchandani to dismiss the complaint for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure (Doc. No. 4) is DENIED;

   (2) the motion of defendants La Rukico Custom Tailor and Kamal Ramchandani to dismiss the complaint in part for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. No. 4) is GRANTED in part and DENIED in part;

   (3) the motion is GRANTED to the extent that plaintiff Richard C. Ackourey, Jr. seeks to recover statutory damages for the infringement of the copyright for the 2005 and 2006 stylebooks; and

   (4) the motion is otherwise DENIED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                        _____
                                                                J.