IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD C. ACKOUREY, JR.        :        CIVIL ACTION
                                :
            v.                  :
                                :
LA RUKICO CUSTOM TAILOR, et al. :        NO. 11-2401

<u>ORDER</u>

AND NOW, this 18th day of July, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants La Rukico Custom Tailor and Kamal Ramchandani for partial summary judgment is GRANTED to preclude plaintiff Richard C. Ackourey, Jr. from obtaining statutory damages under 17 U.S.C. § 504(c) for infringement of the 2005 and 2006 stylebooks and is otherwise DENIED.

BY THE COURT:


  /s/ Harvey Bartle III
                                                  J.